# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153300 & (33)(35)

DEMAREO JAMAINE ALLEN,
          Plaintiff-Appellant,

v

          SC: 153300
          COA: 330153

KINROSS CORRECTIONAL
FACILITY WARDEN,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike and the motion for entry of default judgment are DENIED. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



a0326

Clerk